IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-21394-SCOLA-GOODMAN

| | |
|---|---|
| MAURICIO MARTINEZ, GUADALUPE RODRIGUEZ, and FRANCISCO GIRON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>D2, LLC d/b/a UNIVISION NOW,<br><br>        Defendant. | Class Action |

**DECLARATION OF BRIAN LEVIN IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICAITON**

I, Brian Levin, declare as follows:

1. I am an attorney at Levin Law, P.A., which is Co-Counsel for Plaintiffs in this Action. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached as Exhibit A hereto is a true and correct copy of the deposition transcript of Univision's corporate representative, Elias John "EJ" Atamian. This transcript is deemed presumptively "Confidential" under ¶3(c) of the Confidentiality and Stipulated Protective Order (ECF No. 18) (the "Protective Order").

3. Attached as Exhibit B hereto is a true and correct copy of the Report on Univision NOW Website, by Serge Egelman, Ph.D. (the "Egelman Report"). Portions of the Egelman Report cite to or quote documents that have been designated "Confidential" pursuant to the Protective Order.

4. Attached as Exhibit C hereto is a true and correct copy of Defendant's Amended Responses to Plaintiff Rodriguez's First Set of Interrogatories.

5. Attached as Exhibit D hereto is a true and correct copy of a document produced in discovery by Defendant bearing bates numbers MARTINEZ000530 to MARTINEZ000539.

6. Attached as Exhibit E hereto is a true and correct copy of a document produced in discovery by third party Endeavor Streaming bearing bates number EDRSTREAMING000029. Endeavor designated this document "Confidential" pursuant to the Protective Order.

7. Attached as Exhibit F hereto is a true and correct copy of an email chain between counsel for Meta and counsel for Plaintiffs.

8. Attached as Exhibit G hereto is a true and correct copy of excerpts from the deposition transcript of Plaintiff Guadalupe Rodriguez.

9. Attached as Exhibit H hereto is a true and correct copy of excerpts from the deposition transcript of Plaintiff Francisco Giron.

10. Attached as Exhibit I hereto is a true and correct copy of excerpts from the deposition transcript of Plaintiff Mauricio Martinez.

11. Attached as Exhibit J hereto is a true and correct copy of a document produced in discovery by Plaintiffs bearing bates number Martinez v. Univision 000464 to Martinez v. Univision 000475.

12. Attached as Exhibit K hereto is a true and correct copy of the Joint Declaration of Matthew Wilson and Brian Levin in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel.

I swear under penalty of perjury that the foregoing is true and correct. Executed at Miami, Florida on April 2, 2024.

*/s/ Brian Levin*
Brian Levin

Levin Law, P.A.
2665 South Bayshore Drive, PH2
Miami, FL 33133
Telephone: (305) 402-9050
Facsimile: (305) 676-4443
brian@levinlawpa.com
sarah@levinlawpa.com
(secondary email address)