IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-21394-SCOLA-GOODMAN

| | |
|---|---|
| MAURICIO MARTINEZ, GUADALUPE RODRIGUEZ, and FRANCISCO GIRON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>D2C, LLC d/b/a UNIVISION NOW,<br><br>Defendant. | Class Action |

**DECLARATION OF BRIAN LEVIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICAITON**

I, Brian Levin, declare as follows:

1. I am an attorney at Levin Law, P.A., which is Co-Counsel for Plaintiffs in this Action. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached as Exhibit A hereto is a true and correct copy of a document produced in discovery by third party Meta bearing bates number META_MARTINEZ_0002. Meta designated this document "Confidential" pursuant to the Protective Order, and it is subject to a pending motion to seal.

3. Attached as Exhibit B hereto is a true and correct copy of the Serge Egelman Declaration, by Serge Egelman, Ph.D. (the "Egelman Declaration"). Portions of the Egelman Declaration cite to or quote from documents that have been designated "Confidential" pursuant to the Protective Order, and is also subject to a pending motion to seal.

4. Attached as Exhibit C hereto is a true and correct copy of an email chain between counsel for Meta and counsel for Plaintiffs.

I swear under penalty of perjury that the foregoing is true and correct. Executed at Miami, Florida on May 7, 2024.

*/s/ Brian Levin*
Brian Levin

Levin Law, P.A.
2665 South Bayshore Drive, PH2
Miami, FL 33133
Telephone: (305) 402-9050
Facsimile: (305) 676-4443
brian@levinlawpa.com
sarah@levinlawpa.com
(secondary email address)