# Exhibit B

# Serge Egelman Declaration

in the Matter of Martinez et al. v. D2C, LLC d/b/a UNIVISION NOW
(Case No. 1:23-cv-21394-RNS)

Serge Egelman, Ph.D.

May 6, 2024

1. I was asked to review both Univision NOW's Response in Opposition to Plaintiffs' Motion for Class Certification (the "Opposition") and James Vint's Declaration in Support of the Opposition (the "Vint Declaration").

2. Both Mr. Vint and Univision NOW ("Univision") argued that a variety of factors prohibit the objective determination of whether certain of Univision's customers have valid Video Privacy Protection Act ("VPPA") claims against Univision. The majority of those factors, however, would not require the Court to rely on individualized evidence to determine if a VPPA violation occurred.

3. Since I wrote my initial report, the Plaintiffs provided me with documents produced by Meta Labs, f/k/a/ Facebook ("Meta") on May 3, 2024. Those materials include Facebook "event data" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ attached hereto as Exhibit 1.

4. As background, Meta receives "event data" that describes Facebook users' activities on third-party websites and apps. Event data is a general term that refers to analytics data that is transmitted in response to a specific "event" occurring on a website (e.g., loading a specific page, clicking a specific button or link, etc.) or mobile app (e.g., installing and using a specific app, accessing specific features, etc.). When Meta receives event data (e.g.,

from the Pixel on a third-party website), it attempts to "match" this data to a specific Facebook user using multiple means.[1] That is, the event data that Meta receives is *identifiable* and is specifically used to *identify* the individuals from whom it was collected.

5. I have been retained in multiple matters where I was asked to review and analyze Meta event data. I am aware that Meta possesses this event data and that with regard to the Pixel, it includes details about the specific URLs visited, page metadata (i.e., titles, descriptive keywords, etc.), and identifiers collected that enabled Meta to identify the specific user. The Martinez Event Data provided to me ███████████████. In addition, I was informed that Meta's document production is incomplete, and that Meta stated that it will be producing a sample of 2,800 rows of class-wide event data. That class-wide sampling should include ██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████. For each Facebook user, the data shows:

  i. ████████████████████████████████████████████████████
     ████████████████████████████;

 ii. ████████████████████████████████████████████████████
     ███████████████████████;

iii. ████████████████████████████████████████████████████
     ██████████████████████████████████████████████;

---

[1] "To help improve the rate at which your events are matched to Meta accounts, send multiple customer information parameters [e.g., users' names, emails, phone numbers, etc.]" (https://www.facebook.com/business/help/765081237991954?id=818859032317965).

iv. ███████████████████████████████████

███████████████████████████████████

███████████████████████████████;

v. ███████████████████████████████████

███████████████████; and

vi. ███████████████████████████████████.

6. The following is an example from the Martinez Event Data, ████████████
████████:

- ███████████████████████

- ███████████████████████████████████

███████████████████████████████████

███████████████████████████

- ███████████████████████████████████

███ ██ ████ █████ █████ █ █ ████

███████████████████████████████

- ███████ █ █████ █ █ ████ ████

███████████████████

- ███████████████████████████████████

███████████████████

- ███████████████████████████████

- ███████████████████████

- ███████████████████████████████████████
  ██ ██ ███ █ █ █ ███ ██ █ ██ ███ █
  ████████████████

- ███████████████████████████████████████
  ███████████████████████████████

- ███████████████████████████████████████
  ██████████████████████

- ███████████████████████████████████████
  ██████

- ███████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████████

- ████████████████████

- ██████████████████████████████

- ████████████████

- ██████████

- ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████

- ███████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████████████

7. The aforementioned information, coupled with the viewing history that Univision has stated that it has for all subscribers, will eliminate the "individualized issues of proof" that Univision has manufactured. Indeed, the Martinez Event Data shows that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I was informed that Meta has indicated that it maintains the same type of records for all potential class members.

8. First, Meta's records show ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

9. Second, Univision codes its records to show whether videos are live streamed, DVR, or on demand. Thus, Univision's own records readily show whether information is viewed live or prerecorded.

10. Third, if a given Univision subscriber has cookie blockers, security settings, or browser extensions that block the transmission of the Meta Pixel, then Meta would not have any such records of any Pixel firing for that subscriber. Thus, each subscriber's cookie blockers, security settings, type of web browser, browser settings, or browser extensions would not create an individual analysis: Meta either received the data from a user or they did not. That is, if Meta was able to identify the specific user's Facebook profile based on the data that it received from Univision NOW, then definitionally Meta received identifiable data and the specifics of any individual users' computer configuration are irrelevant.

11. Meta stores this type of data for all Facebook users. If this data is provided for all class members, it would demonstrate which Univision NOW users Meta was able to identify using the Pixel, eliminating any individualized issues.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Serge Egelman, Ph.D.

# Exhibit 1

*Subject to pending motion to seal.*