UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-21394-SCOLA-GOODMAN

| | |
|---|---|
| MAURICIO MARTINEZ, GUADALUPE RODRIGUEZ, and FRANCISCO GIRON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>D2C, LLC d/b/a UNIVISION NOW,<br><br>        Defendant. | Class Action |

**DECLARATION OF BRIAN LEVIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO UNIVISION NOW'S MOTION FOR SUMMARY JUDGMENT**

I, Brian Levin, declare as follows:

1. I am an attorney at Levin Law, P.A., which is Co-Counsel for Plaintiffs in this Action. I submit this Declaration in support of Plaintiffs' Opposition to Univision NOW's Motion for Summary Judgment.

2. Attached as Exhibit A hereto is a true and correct copy of the deposition transcript of Univision's corporate representative, Elias John "EJ" Atamian, dated March 29, 2024.

3. Attached as Exhibit B hereto is a true and correct copy of the deposition transcript of Serge Egelman, Ph.D., dated May 22, 2024.

4. Attached as Exhibit C hereto is a true and correct copy of a document produced in discovery by Defendant bearing bates numbers MARTINEZ000530 to MARTINEZ000539.

5. Attached as Exhibit D hereto is a true and correct copy of the deposition transcript of James Vint, dated June 4, 2024.

6. Attached as Exhibit E hereto is a true and correct copy of excerpts of the deposition testimony of Guadalupe Rodriguez, dated March 5, 2024.

7. Attached as Exhibit F hereto is a true and correct copy of an excerpt of the deposition testimony of Francisco Giron, dated March 7, 2024.

8. Attached as Exhibit G hereto is a true and correct copy of an excerpt of the deposition testimony of Mauricio Martinez, dated March 7, 2024.

9. Attached as Exhibit H hereto is a true and correct copy of the subpoena that Plaintiffs served on Meta Platforms Inc., dated December 8, 2023.

10. Attached as Exhibit I hereto is a true and correct copy of an email chain between Meta's counsel and Plaintiffs' counsel.

11. Attached as Exhibit J hereto is a true and correct copy of the deposition testimony of Amlesh Jayakumar, in response to the subpoena that Plaintiffs served on Meta Platforms Inc., dated June 3, 2024.

12. Attached as Exhibit K hereto is a true and correct copy of a document produced in discovery by third party Meta bearing bates number META_MARTINEZ_0002.

13. Attached as Exhibit L hereto is a true and correct copy of a document produced in discovery by third party Meta bearing bates number META_MARTINEZ_0003.

14. Attached as Exhibit M hereto is a true and correct copy of a document produced in discovery by third party Meta bearing bates number EDRSTREAMING000029.

I swear under penalty of perjury that the foregoing is true and correct. Executed at Miami, Florida on August 6, 2024.

*/s/ Brian Levin*
Brian Levin

Levin Law, P.A.
2665 South Bayshore Drive, PH2
Miami, FL 33133
Telephone: (305) 402-9050
Facsimile: (305) 676-4443
brian@levinlawpa.com
sarah@levinlawpa.com
(secondary email address)

## CERTIFICATE OF SERVICE

    I certify that on August 6, 2024, the foregoing was filed using the Court's CM/ECF system and will therefore be electronically served on all parties' counsel of record.

    I further certify that on August 6, 2024, an unredacted version of the foregoing (including exhibits) was served on counsel for Defendant via email.

                                                  /s/ *Brian Levin*
                                                  Brian Levin