# Exhibit B

Filed under seal pursuant to Order of August 6, 2024 (ECF No. 102).