## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:23-CV-21394-SCOLA-GOODMAN

| | |
|---|---|
| MAURICIO MARTINEZ, GUADALUPE RODRIGUEZ, and FRANCISCO GIRON, on behalf of themselves and all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> D2C, LLC d/b/a UNIVISION NOW, <br><br>     Defendant. | Class Action |

### DECLARATION OF BRANDON T. GRZANDZIEL IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT WITNESS REPORTS AND TESTIMONY OF JAMES VINT

I, Brandon T. Grzandziel, declare as follows:

1. I am an attorney at Levin Law, P.A., which is Co-Counsel for Plaintiffs in this Action. I submit this Declaration in support of Plaintiffs' Motion to Exclude the Expert Witness Reports and Testimony of James Vint.

2. Attached as Exhibit A hereto is a true and correct copy of the Expert Report of James Vint, dated April 30, 2024.

3. Attached as Exhibit B hereto is a true and correct copy of an untitled document submitted by James Vint, dated May 15, 2024.

4. Attached as Exhibit C hereto is a true and correct copy of the deposition transcript of James Vint, dated June 4, 2024.

5. Attached as Exhibit D hereto is a true and correct copy of the deposition transcript of Univision's corporate representative, Elias John "EJ" Atamian, dated March 29, 2024.

6.      Attached as Exhibit E hereto is a true and correct copy of the deposition testimony of Amlesh Jayakumar, in response to the subpoena that Plaintiffs served on Meta Platforms Inc., dated June 3, 2024.

7.      Attached as Exhibit F hereto is a true and correct copy of a document produced in discovery by third party Meta bearing bates number META_MARTINEZ_0002.

8.      Attached as Exhibit G hereto is a true and correct copy of a document produced in discovery by third party Meta bearing bates number META_MARTINEZ_0003.

9.      Attached as Exhibit H hereto is a true and correct copy of a document produced in discovery by Defendant bearing bates numbers MARTINEZ000530 to MARTINEZ000539.

I swear under penalty of perjury that the foregoing is true and correct. Executed at Lake Worth, Florida on September 3, 2024.

*/s/ Brandon T. Grzandziel*
Brandon T. Grzandziel

Levin Law, P.A.
2665 South Bayshore Drive, PH2
Miami, FL 33133
Telephone: (305) 402-9050
Facsimile: (305) 676-4443
brandon@levinlawpa.com
sarah@levinlawpa.com
(secondary email address)

## CERTIFICATE OF SERVICE

I certify that on September 3, 2024, the foregoing was filed using the Court's CM/ECF system and will therefore be electronically served on all parties' counsel of record.

I further certify that on September 3, 2024, an unredacted version of the foregoing (including exhibits) was served on counsel for Defendant via email.

/s/ *Brandon T. Grzandziel*
Brandon T. Grzandziel