# Exhibit B



Confidential

IN THE SOUTHERN DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-21394-SCOLA-GOODMAN

| | |
|---|---|
| MAURICIO MARTINEZ, GUADALUPE RODRIGUEZ, and FRANCISCO GIRON, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>D2, LLC d/b/a UNIVISION NOW.,<br><br>   Defendant. | Class Action |

I, James Vint, am over the age of 18 years old and am competent to testify hereto. I state and affirm that the following is true to the best of my knowledge and belief:

1. I submit this declaration in support of Defendant Univision NOW's Motion to Strike New Evidence and Argument from Plaintiffs' Reply or, in the Alternative, for Leave to File Sur-Reply.

2. I have reviewed Plaintiffs' Reply in Support of Motion for Class Certification and Exhibits (ECF No. 74, the "Reply Motion") and the Serge Egelman Declaration and Exhibit (ECF No. 74 at Ex. B), dated May 6, 2024 ("Egelman Declaration") submitted in support of Plaintiffs' Motion, including all exhibits, including the correspondence from Meta dated May 3, 2024, and Meta's production on that date (the "First Supplemental Meta Production"). Additionally, I reviewed viewing history records for each of the Plaintiffs produced in this case to compare it to the First Supplemental Meta Production.



Confidential

3. ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

4. ███████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████

5. ███████████████████████████████████████

███████████████████████████████████████████████

This is consistent with my experience: I am not aware of any instance where, in these types of matters, Facebook has produced data with "unhashed" c_user values, or Facebook IDs that would allow an ordinary person to determine which Facebook ID is associated with the data. Without this information, though, there is no way for any ordinary person to connect the deidentified data contained in a Meta "sampling" production to any actual prospective class members.

6. ███████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████ For one thing, Facebook profiles do not necessarily identify a person. Pets, businesses, interests (e.g., "InterMiami_Fan01") and/or nicknames can all be used to open Facebook accounts and be assigned Facebook IDs.

7. Moreover, each Facebook profile name would have to be matched against the



Univision NOW subscription database to determine if there is a corresponding subscriber. My understanding is that Univision NOW is not able to identify subscribers solely from a Facebook account name. Additionally, each duplicate name in the subscription database would need to be assessed to determine which user it might have been. █████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████

8. ███████████████████████████████████████

███████████████████████████████████████████████

████████████████████████

9. ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████

10. ██████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

11. ██████████████████████████████████████

**Secretariat**  Confidential

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

12.   ████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████

13.   Finally, in reference to paragraphs 59 and 60 of my original Declaration dated April 23, 2024, the c_user value on a specific device-browser pairing corresponds to the last Facebook account signed in to that device and browser. Plaintiffs testified that they had multiple people using their devices and their Univision NOW account, *see* ECF No. 69 at 5-6—the device easily could be logged into a different Facebook account than Univision NOW subscriber account.

14.   In other words, despite any additional production data from Facebook, it is still not possible to determine that a person visiting the Univision NOW website is the *same* person who logged in to Facebook on the same device-browser pairing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



Confidential

Executed on this 13th day of May, 2024, in Chicago, IL.

_____
James Vint