United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mauricio Martinez and others, on behalf of themselves and all others similarly situated, Plaintiffs,<br><br>v.<br><br>D2C, LLC doing business as Univision NOW, Defendant. | Civil Action No. 23-21394-Civ-Scola |

### Order Regarding Deposition Designations and Objections

The parties have submitted deposition designations, objections to those designations, and cross-designations (ECF Nos. 140, 141, 144, 145.) To facilitate the Court's prompt review of the parties' objections, the parties must jointly file one document which sets forth each party's objections to each deposition designation or cross-designation. The document must have the name and date of the deposition of the witness as a heading and then columns setting forth: (1) the page and line numbers of the objection; (2) which party is making the objection; (3) the legal basis for the objection; and (4) space for the Court's ruling. This format was utilized by the Court in its order on objections to deposition designations and counter-designations (ECF No. 86) in *Lucas v. Royal Caribbean Cruises*, 19-cv-20914 (S.D. Fla. May 24, 2020), which the parties should use as a guide.

The parties must also email a word version of this document to chambers (scola@flsd.uscourts.gov). Further, in this filing, the parties must (1) <u>certify that the testimony of the witnesses who are designated will be presented via their depositions as substantive evidence and that these witnesses will *definitely not* be testifying in person at trial</u>; and (2) provide the Court with .pdf courtesy copies, to the same email address, of the depositions of those non-appearing, designated witnesses. Any depositions of witnesses whose testimony is unexpectedly to be presented at trial by deposition will be reviewed by the Court during trial.

The parties must re-submit their designations and objections and provide the Court with the depositions, as set forth above, on or before **October 18, 2024**.

**Done and ordered** in Miami, Florida, on October 1, 2024.

_____
Robert N. Scola, Jr.
United States District Judge