# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MAURICIO MARTINEZ, GUADALUPE
RODRIGUEZ, and FRANCISCO GIRON,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

                                    Case No. 1:23-cv-21394-RNS

D2C, LLC d/b/a UNIVISION NOW,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, Mauricio Martinez, Guadalupe Rodriguez, and Francisco Giron ("Plaintiffs"), and Defendant, D2C, LLC d/b/a Univision NOW ("Univision NOW") (collectively, the "Parties"), pursuant to S.D. Fla. L.R. 16.4, hereby notify the Court that they have reached a settlement in principle of the Plaintiffs' individual claims, which will result in the dismissal with prejudice of those claims. The Parties request 30 days to finalize and execute an agreement and to file a stipulation of dismissal.

Date: October 14, 2024

Respectfully submitted,

By: */s/ Brian Levin*
Brian Levin, Fla. Bar No. 26392
Kaki J. Johnson, Fla. Bar No. 1031976
Brandon T. Grzandziel, Fla. Bar No. 58732
LEVIN LAW, P.A.
2665 South Bayshore Drive, PH2
Miami, FL 33133
Telephone: (305) 402-9050
Facsimile: (305) 676-4443
brian@levinlawpa.com

*Notice of Settlement*
Case No. 1:23-cv-21394-RNS

kaki@levinlawpa.com
brandon@levinlawpa.com
sarah@levinlawpa.com (secondary e-mail address)

Matthew R. Wilson (*pro hac vice*)
Michael J. Boyle, Jr. (*pro hac vice*)
Jared W. Connors (*pro hac vice*)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd.
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mwilson@meyerwilson.com
mboyle@meyerwilson.com
jconnors@meyerwilson.com

***ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS***

**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive
Suite 900
Miami, FL  33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

By: */s/ Ian M. Ross*
Yvette Ostolaza (*pro hac vice*)
Texas Bar No. 00784703
Email: yvette.ostolaza@sidley.com
Dianne O. Fischer
Florida Bar No. 994560
Email: deedee.fischer@sidley.com
Ian M. Ross
Florida Bar No. 091214
Email: iross@sidley.com
Carmen M. Ortega
Florida Bar No. 1025996
Email: carmen.ortega@sidley.com

***ATTORNEYS FOR D2C, LLC D/B/A UNIVISION NOW***